UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DAVID T. JACKSON,

              Plaintiff,                       No. 18-14009

v.                                    District Judge Denise Page Hood
                                        Magistrate Judge R. Steven Whalen

CITY OF DETROIT, ET AL.,

              Defendants.

_____ /

**ORDER**

      For the reasons stated on the record on November 7, 2019, Defendants' Motion for

Order for Production of Michigan Department of Health and Human Services Records

[ECF No. 42] is DENIED.

      IT IS SO ORDERED.




Dated: November 7, 2019           s/R. Steven Whalen
                                    R. STEVEN WHALEN
                                    UNITED STATES MAGISTRATE JUDGE



**CERTIFICATE OF SERVICE**

      I hereby certify on November 7, 2019 that I electronically filed the foregoing paper
with the Clerk of the Court sending notification of such filing to all counsel registered
electronically. I hereby certify that a copy of this paper was mailed to the following non-
registered ECF participants November 7, 2019.


                                   s/Carolyn M. Ciesla
                                   Case Manager for the
                                   Honorable R. Steven Whalen